UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OSIAS RAFEAL,

          Plaintiff,

  v.

/ et al,

          Defendant.

Case Number: CV07-03037 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rafael Osias
California State Prison
Prisoner Id T09978
P.O. Box 290066
Repressa, CA 95671

Dated: July 31, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk